Real Estate Trust Company *v.* Perry County Railroad Company (No. 2).

Argued May 22, 1905. Appeal, No. 116, Jan. T., 1905, by Duncannon National Bank, from order of C. P. Perry Co., Aug. T., 1903, No. 29, on bill in equity in case of The Real Estate Trust Company of Philadelphia v. The Perry County Railroad Company. Before MITCHELL, C. J., FELL, BROWN, POTTER and ELKIN, JJ. Appeal dismissed.

OPINION BY MR. JUSTICE BROWN, October 9, 1905 :
In view of what we have said in the opinion this day filed

in the appeal of Sponsler et al. from the same decree—ante, p. 57—and of the finding of the court below, that neither the Real Estate Trust Company nor the Pennsylvania Steel Company had done anything which precluded it from demanding payment of its matured and unpaid coupons, this appeal must be dismissed.

Appeal dismissed at the costs of the appellants.